## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIC DICKERSON,** | : | |
| | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:14-1433** |
| | : | |
| **v** | : | |
| | : | **(JUDGE MANNION)** |
| **INSOURCE PERFORMANCE SOLUTIONS and LOWES COMPANIES, INC.** | : | |
| | : | |
| **Defendant** | : | |

## O R D E R

In light of the Memorandum filed this day in the above captioned case,

**IT IS HEREBY ORDERED THAT:**

1.   The defendant Lowes' motion to dismiss, (Doc. 14), is **GRANTED**, and the case is **DISMISSED WITH PREJUDICE**.

2.   The Clerk of Court is directed to close the case.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated:  March 9, 2015

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1433-01-order.wpd